IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00142-CR

 

Adam Martinez,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 54th District Court

McLennan County, Texas

Trial Court No. 2004-522-C

 



MEMORANDUM  Opinion



 

On May 4, 2007, Appellant Adam Martinez filed a
notice of appeal of the trial court’s June 5, 2006 order that, in effect,
garnishes funds from Martinez’s inmate trust account to satisfy court costs
from his May 25, 2004 robbery conviction.  See Tex. Gov’t Code Ann. § 501.014(e) (Vernon 2004).

We notified Martinez that his appeal was subject
to dismissal for want of jurisdiction because his notice of appeal was not
timely filed.  See Tex. R. App.
P. 26.1, 26.2(a)(1); see also Abdullah v. State, 211
S.W.3d 938 (Tex. App.—Texarkana 2007, no pet.) (treating appeal of similar
order as civil appeal).  In a response, Martinez asserts that he can bring a
restricted appeal because the State ceased garnishing his funds in February
2007, which he says in effect nonsuited its claim on Martinez’s inmate trust
account funds.  See Tex. R. App.
P. 26.1(c), 30.  Martinez asserts that his notice of appeal was filed
within six months after the purported nonsuit, which he claims is not final to
this day because an order granting nonsuit has not been entered and such an
order triggers appellate deadlines.  See In re Bennett, 960 S.W.2d 35,
38 (Tex. 1997).

We are not persuaded by Martinez’s nonsuit analogy
that we have jurisdiction of this appeal; any relief must be sought in a
different proceeding.  Cf., e.g., In re Keeling, --- S.W.3d ---, 2007 WL
1628786
(Tex. App.—Waco June 6, 2007, orig. proceeding) (granting mandamus relief on
similar order for payment of court costs out of inmate trust fund account). 
This appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

Before Chief Justice
Gray,

            Justice
Vance, and

            Justice Reyna

            (Chief
Justice Gray concurs in the judgment only, without a separate opinion.)

Appeal dismissed 

Opinion delivered and
filed August 1, 2007

Do not publish

[CRPM]